IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROL CALAWAY WILSON as
Personal Representative of the
Estate of Richard Boggs Calaway
and Trustee for Malissa Calaway beneficiary of
Hartford Insurance Policy No. xxx                                      PLAINTIFF

V.                              NO.  4:08CV04114

HARTFORD INSURANCE COMPANY                                  DEFENDANT

## ORDER

Pursuant to the Order granting motion to sever, entered by Circuit Judge Timothy Davis Fox on October 28, 2008 and the Notice of Removal filed by Defendant Hartford Insurance Company on November 3, 2008 the Clerk of the Court is directed to terminate Defendants Pulaski Bank and Trust Company Little Rock, Arkansas and Margarita Eloina Zavalza Calaway from this action.  The claims and causes of action between Plaintiff and Defendants Pulaski Bank and Trust Company Little Rock, Arkansas and Margarita Eloina Zavalza Calaway remain in the Circuit Court of Pulaski County Arkansas.

IT IS SO ORDERED this 5th day of November, 2008.

_____
James M. Moody
United States District Judge