IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAROL CALAWAY WILSON as**
**Personal Representative of the**
**Estate of Richard Boggs Calaway**
**and Trustee for Malissa Calaway beneficiary of**
**Hartford Insurance Policy No. xxx**                                **PLAINTIFF**

**V.**                              **NO.  4:08CV04114**

**HARTFORD INSURANCE COMPANY**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, Judgment is entered in favor of Defendant, Plaintiff's complaint is hereby dismissed.

IT IS SO ORDERED this 24th day of September, 2009.

_____
James M. Moody
United States District Court